

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2007

# USA v. Ayodeji

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4695

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Ayodeji" (2007). *2007 Decisions*. Paper 910.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/910

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

—————

NO. 04-4695

—————

UNITED STATES OF AMERICA

v.

JAMES HILTON AYODEJI
Appellant

—————

On Appeal From the United States
District Court
For the Middle District of Pennsylvania
(D.C. Crim. Action No. 04-cr-00058)
District Judge: Hon. Sylvia H. Rambo

—————

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 17, 2007

BEFORE: McKEE, AMBRO, and STAPLETON,
Circuit Judges

(Opinion Filed June 20, 2007 )

—————

STAPLETON, Circuit Judge:

Appellant, James Hilton Ayodeji, is the subject of a final order of removal. A jury found him guilty of hindering his removal from the United States in violation of 8 U.S.C. § 1252(a)(1)(C) and of making a false statement in a matter within the jurisdiction of the government of the United States in violation of 18 U.S.C. § 1001(a)(2). These charges arose out of Ayodeji's refusal to provide information necessary to the execution of the order of removal and his continued insistence that he is another individual named Ernest E. Grayson.

Appellant's counsel has filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967).

We have reviewed the record, and we agree with counsel for the government and the appellant that there are no non-frivolous issues presented by this appeal. The government presented ample evidence to support the jury's conclusion that Ayodeji is not Ernest E. Grayson and that he had hindered his removal by refusing to supply information and fingerprints necessary to secure valid travel documents. We perceive no trial or sentencing errors.

We are satisfied that Ayodeji's counsel has adequately fulfilled the requirements of

Rule 109.2, and his motion to withdraw will be granted. The issues presented in this appeal lack legal merit and thus do not require the filing of a petition for a writ of certiorari with the Supreme Court.

The judgment of the District Court will be affirmed.